UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| St. Ignatius High School of Cleveland<br>1191 West 30th St.<br>Cleveland, OH 44113, | )<br>)<br>) | CASE NO. |
| | )<br>) | JUDGE |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| Alexy Metals, Ltd.<br>c/o Grayson Alexy, as statutory agent<br>7315 Industrial Park Blvd.<br>Mentor, OH 44060, | )<br>)<br>)<br>)<br>) | |
| Defendant. | )<br>) | <u>COMPLAINT</u><br>(Jury Trial Demanded) |

For its Complaint against Defendant Alexy Metals, Ltd. ("Alexy Metals"), St. Ignatius High School of Cleveland ("St. Ignatius") alleges as follows:

<u>COUNT I</u>

1.      St. Ignatius is an educational institution located in Cleveland, Ohio.  St. Ignatius was founded in 1886, and currently offers a college preparatory curriculum to high school aged individuals.

2.      In 2012, St. Ignatius engaged TWIST Creative, Inc. ("TWIST"), a brand and advertising agency, to do a brand refresh, including creating new imagery and visual works.  One such visual work was the following:



also known as the AMDG SAINT IGNATIUS EST 1886 work (the "Work").

3.      TWIST's creation of the Work involved a multi-step process that included a discovery phase. During the discovery phase, TWIST met with several different St. Ignatius groups including the school's religious leadership, teaching staff, alumni, parents, administration, and students to understand the unique historical values of St. Ignatius to incorporate into the Work. TWIST also considered potential messages and images that would attract individuals in St. Ignatius' target demographic and incorporated them into the Work.

4.      Based on this foundational information, TWIST began to develop the Work by sketching different designs that included multiple shapes and various Ignatian elements. Before arriving at the final version of the Work, TWIST experimented with dozens of iterations in a variety of different shapes that included an assortment of images arranged in different ways.

5.      At the time it was creating the Work, TWIST was aware that other Jesuit institutions around the country utilize various Ignatian elements in the marks that they utilize to identify themselves. TWIST sought to create a unique compilation of those elements – a compilation that would be unlike that used by any other Jesuit institution. To do so, while also trying to create a work that was attractive and memorable required a creative and iterative process. Twist, in fact, used a creative and iterative process to design the Work.

6.      TWIST did not use clip-art to create the Work. Instead, Twist created original works of art that were hand drawn and then entered into a computer via vector art to create print-ready digital artwork.

7.      In sketching and creating the Work, TWIST considered and incorporated principles into the Work such as the balance of the elements, its symmetry, its ability to be reduced and enlarged in size, and reproducibility. TWIST also considered and incorporated alternative shapes,

2

line art, common Ignatian elements, and considered the positioning of these elements within the Work in unique ways. TWIST repeatedly refined the Work to develop the final version.

8. The Work is an original work of visual art.  The Work is also a work for hire pursuant to TWIST's contract with St. Ignatius.  St. Ignatius is the owner of the copyright in the Work.

9. Effective April 29, 2025, St. Ignatius registered the Work with the United States Copyright Office, Registration Number VA 2-479-195.

10. Alexy Metals is a precious metal and brazing alloy refinery and manufacturer located in Mentor, Ohio.

11. In 2019, Alexy Metals decided to rebrand. Grayson Alexy, Alexy Metals' owner, instructed Jacob Denner, an Alexy Metals employee, to develop a new trademark for the company. Mr. Denner showed Mr. Alexy a copy of the Work on a hockey puck and suggested that he develop a similar mark. Mr. Alexy agreed.  Mr. Denner then used the Work to create the new logo for Alexy Metals.  That new logo appeared as follows:



12. Although Alexy Metals continued to use this logo at least until August 2025, in approximately 2021, Alexy Metals made some "minor changes" to the Alexy Metals logo.  These "minor changes" resulted in the current Alexy Metals logo, which Alexy Metals continues to use:

3



13.　　A comparison of the two works shows that they are substantially similar:

   

14.　　Alexy Metals' adoption and use of its shield logo infringes St. Ignatius' copyright in the Work.

15.　　Alexy Metals uses the logo on its website: alexymetals.com.  Alexy Metals also uses the logo on various promotional items, including, but not limited to, shirts, hats, and golf balls.

16.　　St. Ignatius has requested that Alexy Metals cease use of the substantially similar logo, but Alexy Metals has refused.

17.　　Alexy Metals is aware that St. Ignatius has registered the copyright in the Work, but nevertheless continues to use its infringing logo.  Alexy Metals' infringement of St. Ignatius copyright is willful.

4

18.	St. Ignatius is being irreparably harmed as a result of Alexy Metals' infringement of the Work.

19.	St. Ignatius is entitled to recover Alexy Metals' profits attributable to the infringement.  Alternatively, St. Ignatius is entitled to statutory damages as a result of Alexy Metals' willful infringement of the Work.

WHEREFORE, St. Ignatius prays for relief as follows:

A.	A preliminary and permanent injunction to prevent Alexy Metals from using any logo, mark or design that is substantially similar to the Work;

B.	Judgment in favor of St. Ignatius and against Alexy Metals in an amount to be shown at trial representing St. Ignatius' actual damages, plus Alexy Metals' profits attributable to the infringement to the extent they exceed St. Ignatius actual damages;

C.	Alternatively, Judgment in favor of St. Ignatius and against Alexy Metals for statutory damages in an amount determined by the Court to be just;

D.	Judgment in favor of St. Ignatius and against Alexy Metals in an amount sufficient to compensate St. Ignatius for the legal fees incurred in pursuing this action; and

E.	For such other and further relief as this Court deems just.

/s/  James B. Niehaus
James B. Niehaus (0020128)
jniehaus@frantzward.com
Patrick A. Walsh (0101589)
pwalsh@frantzward.com
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, Ohio 44114
Phone: (216) 515-1660; Fax: (216) 515-1650

Attorneys for Plaintiff
St. Ignatius High School

**Jury Demand**

Plaintiff St. Ignatius High School of Cleveland demands a trial by jury for all issues so triable.

/s/ James B. Niehaus
James B. Niehaus (0020128)
*One of the attorneys for Plaintiff*
*St. Ignatius High School of Cleveland*